UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. 2013-358 (WOB-CJS)

LEAH ANETTA KING                                              PLAINTIFF

VS.                              **ORDER**

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY                               DEFENDANT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 16), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 16) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's complaint (Doc. 1) be, and it hereby is, **dismissed for failure to prosecute and to comply with the Orders of the Court.** A separate Judgment shall enter concurrently herewith.

This 26th day of August, 2014.



Signed By:
*William O. Bertelsman* WOB
United States District Judge